Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| **Jerry Haskins,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | Case Number: 4:23-cv-04188-SLD |
| ) | |
| **Legacy Corporation of IL,** ) | |
| **and Blake A. Enloe,** ) | |
| *Individually,* ) | |
| ) | |
| **Defendants.** ) | |

## JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT**.   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT**.   This action came before the Court, and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED** that plaintiff Jerry Haskins's action against defendants Legacy Corporation of IL and Blake A. Enloe, *individually,* is DISMISSED Without Prejudice.

**Dated: 02/18/2025**

AJKv

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court